*Josiah Barber* v. *Jared W. Spencer, et al.* W. T. Wor-den, for complainant ; W. W. Campbell, for defendant.— Motion to dissolve injunction denied, Complainant's costs of opposing motion to abide the event of the suit.